Court of Appeals for the Second Circuit denied. *George F. Salomon, pro se. Mr. Leo Brown* for respondent. ▪

No. 466. GILLMOR *v.* INDIANAPOLIS GAS CO. ET AL.;
No. 467. ABRAMS *v.* INDIANAPOLIS GAS CO. ET AL.; and
No. 468. PYRAMID COMMERCIAL CORP. *v.* INDIANAPOLIS GAS CO. ET AL. December 6, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank E. Karelsen, Jr.* for petitioners. *Mr. Louis B. Ewbank* for the Indianapolis Gas Co.; and *Messrs. William H. Thompson, Perry E. O'Neal,* and *Patrick J. Smith* for the City of Indianapolis,—respondents. Reported below: 136 F. 2d 925.

No. 485. WHITEFORD *v.* HECHT COMPANY. December 6, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. James C. Wilkes* and *James E. Artis* for petitioner. *Messrs. Lawrence Koenigsberger* and *Austin F. Canfield* for respondent. ▬▬▬▬▬
▬

No. 460. ROBINSON, ADMINISTRATOR, *v.* LINFIELD COLLEGE ET AL. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. O. C. Moore* and *John H. Pelletier* for petitioner. *Messrs. Jas. A. Williams* and *Ben H. Kizer* for respondents. Reported below: 136 F. 2d 805.

No. 440. O'HARA *v.* MURPHY, SPECIAL ADMINISTRATOR, ET AL. December 6, 1943. Motion for leave to proceed on the typewritten record granted. Petition for writ